# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| RICHARD EARL TREHARN II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV414-134 |
| ) | |
| BRYAN COUNTY JAIL and ) | |
| CAPTAIN LARRY JACOBS, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

In an order dated June 26, 2014, the Court granted plaintiff's motion to proceed *in forma pauperis* and ordered him to submit a Consent to Collection of Fees from Trust Account form. (Doc. 3.) The Court warned plaintiff that his failure to return that form within 30 days would result in the dismissal of his case. (*Id.*) Plaintiff has not complied with the conditions of the Court's order, so his case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this 3rd day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA